| | |
|---|---|
| 1 | MELINDA HAAG (CABN 132612)<br>United States Attorney |
| 2 | |
| 3 | MIRANDA KANE (CABN 150630)<br>Chief, Criminal Division |
| 4 | RANDY S. LUSKEY (CABN 240915)<br>Assistant United States Attorney |
| 5 | |
| 6 | 450 Golden Gate Ave., Box 36055<br>San Francisco, California 94102<br>Telephone: (415) 436-7200 |
| 7 | Fax: (415) 436-7234<br>E-Mail: randall.luskey@usdoj.gov |
| 8 | |
| 9 | Attorneys for the United States of America |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 13-00006 WHA |
| | ) | |
| v. | ) | NOTICE OF DISMISSAL |
| | ) | |
| ERIC MENDONCA, | ) | |
| Defendant. | ) | |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses without prejudice the above-captioned Indictment as to defendant Eric Mendonca only.

DATED: 4/3/13

Respectfully submitted,

MELINDA HAAG
United States Attorney

_____
MIRANDA KANE (CABN 150630)
Chief, Criminal Division

NOTICE OF DISMISSAL
[CR 12-00006 WHA]

Leave is granted to the government to dismiss without prejudice the above-captioned Indictment as to Eric Mendoca only.

Date: April 3, 2013.

HON. WILLIAM ALSUP
United States District Judge